JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAU CHARBONNEAU, Individually and on behalf of a class of similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. a/k/a NEW AMERICAN FUNDING, LLC,<br><br>Defendant. | Case No. 8:23-cv-01007-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Petition to Confirm Arbitration Award [ECF No. 35] and Denying Plaintiff's Motion to Vacate Arbitration Award [ECF No. 37]" filed substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

2. The operative pleading of Plaintiff Beau Charbonneau is the Collective Action Complaint [ECF No. 1].

3. The arbitration award in favor of Defendant Broker Solutions Inc., dba New American Funding, and against Plaintiff Charbonneau, dated on or about May 21, 2026, is **CONFIRMED** in all respects.

4. Defendant New American Funding shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff Charbonneau. Plaintiff Charbonneau shall take nothing by way of his Collective Action Complaint, which is **DISMISSED with prejudice**.

5. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 25, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE